**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **FRED LYONS,** | : | |
| **Petitioner** | : | |
| v. | : | 5:00-CR-16 (WDO) |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to dismiss Petitioner's Rule 60(b) motion. Having carefully considered the Recommendation, and the objections thereto, the Recommendation is ADOPTED and made the order of the Court.

    **SO ORDERED this 1st day of November, 2005.**


    S/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.
    UNITED STATES DISTRICT JUDGE.**